IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MILDRED, MULERO-GARCIA,

Plaintiff,

v.

UNITED STATES OF AMERICA, ET AL.,

Defendants.

CASE NO. 16-2572 (GAG)

## JUDGMENT

Pursuant to the Plaintiff's motion for voluntary dismissal at Docket No. 60, **JUDGMENT** is hereby entered **DISMISSING** the case with prejudice. The parties have filed a stipulation for settlement and compromise. (Docket No. 59). Thus, the Court will retain enforcement jurisdiction.

**SO ORDERED.**

In San Juan, Puerto Rico this 8th day of August, 2018.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge